Submitted April 2, reversed May 5, 2021

In the Matter of I. C. B.,
a Person Alleged to have Mental Illness.
### STATE OF OREGON,
*Respondent,*

*v.*

### I. C. B.,
*Appellant.*

### Lane County Circuit Court
### 20CC06756; A174936

486 P3d 66

Clara L. Rigmaiden, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Reversed.

## PER CURIAM

Appellant appeals a judgment committing him to the custody of the Oregon Health Authority for a period not to exceed 180 days and prohibiting him from purchasing or possessing firearms. ORS 426.130. He contends that the trial court committed plain error when it failed to advise him of all of his rights set out in ORS 426.100(1)—in particular, that the court failed to inform him of all of the possible results of the hearing as detailed in ORS 426.130. The state concedes the error. We agree and accept the concession. As we have held in numerous cases, failure to provide such statutory advice of rights constitutes plain error. *See generally State v. M. M.*, 288 Or App 111, 115-16, 405 P3d 192 (2017) (reversing as plain error, where court failed to advise appellant of possible outcomes of proceeding as required by ORS 426.100(1)). Given the nature of civil commitment proceedings, the relative interests of the parties, the gravity of the error, and the ends of justice, we exercise our discretion to correct the error.

Reversed.